Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

Northeastern Division

Simeon Joel Briggs
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

A. Brockman (Coordinator Psychologist)
Rachel Eigenbrode (Psychology Staff)
Jennifer Enigk (Chief Psychologist)
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:19 CV 319
*(to be filled in by the Clerk's Office)*

**FILED
SCRANTON**

FEB 25 2019

PER _AMO_
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Simeon Joel Briggs * 99660-555

All other names by which

you have been known:    99660-555

ID Number    United States Penitentiary

Current Institution    P.O. Box 1000

Address

Lewisburg         PA         17837
City              State         Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Jennifer Enick

Job or Title *(if known)*    Chief Psychologist

Shield Number

Employer    Lewisburg USP

Address    2400 Robert F. Miller Drive

Lewisburg         PA         17837
City              State         Zip Code

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name    A. Brockman

Job or Title *(if known)*    Coordinator/Psychologist

Shield Number

Employer    Lewisburg USP

Address    2400 Robert F. Miller Drive

Lewisburg         PA         17837
City              State         Zip Code

☐ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name      Rachel Eigenbrode

Job or Title *(if known)*    Psychology Staff

Shield Number

Employer      Lewisburg USP

Address      2400 Robert F. Miller Drive

Lewisburg     PA     17837

| City | State | Zip Code |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed. Defendants violated Plaintiffs 8th Amendment Rights Neglecting him treatment for a Mental health disorder, denying him access to his Meeting with a psychiatrist, and refusing him his Medication.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See Attachments (Factual Background)

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Lewisburg USP, May of 2018

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

March 2018

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Plaintiff keep having outlashes, tryin hurt himself, about fights, mentally incident reports for lashing out. Psychology staff keeps prevoking Plantiff.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Due to not recieving mental health treatment I was on hunger strike, loosing weight mental pain that still hasn't been treated. I had to go Medical to have my blood drawn, etc...

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. ~~I want the courts to order a court order~~ This is effecting me because Im not recieving ~~psych evaluation, and $500,000 for the mental pain~~ treatment for my disorder, Im suffering from pain ~~emotional pain, and suffering not being my self he~~ cuz I cant sleep, focus, nor function well. Im still having eppisodes, I lashout more, and my thoughts ~~The~~ Court order evaluation, I want it to be and nightmears keep me up in a bad mood. Court ordered by a "psychiatrist".

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lewisburg Special Managment Unit

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
       concerning the facts relating to this complaint?

       ☑ Yes

       ☐ No

       If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
       other correctional facility?

       ☐ Yes

       ☐ No

E.     If you did file a grievance:

       1.   Where did you file the grievance?

            Lewisburg SMU!

       2.   What did you claim in your grievance? That psychology were lying in my file, falsifieing documents
            refusing to get Mental health records, and refusing me mental health treatment

       3.   What was the result, if any? All my complaints were ignored

       4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If
            not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*
            I first spoke to the Lieutenant, then I spoke to the A.W's, then the Warden.
            After that I did A BP8, to pchief Psychology, then BP9 to the Warden, then BP10 to the Region
            and then my BP11 to Central Office/General Counsel. My grievance process is not completed
            due to me keep filing grievances, But "yes", the first process is  Completed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed,
        when and how, and their response, if any: I informed the Lieutenant (Kemmerer) he told me
that they were suppose to get a whole new psychology Staff who's more experianced
with a lock down facility. I Spoken to the Assistant Warden (Cobert) he told me he
was gonna handle the situation. And I also spoken to the Warden (Ebbert) who said
he'll look into it.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies: I have paper work that Can not only prove how psychology File's Faults
documents in my File, but how they Can lie to cover up what there not doing. And that
While on Medication I function better, and my behavior is better. On Medication I'm a
more Calm, and you Can talk to me without me flipping out.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

This Was While In State Custody, my Case got dismissed. I dont have
a Copy of the order. My issue is with my disorder, it is hard very hard for
Me to Comprehend Law.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit
          Plaintiff(s)    _____
          Defendant(s)   _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

          _____

    3.    Docket or index number

          _____

    4.    Name of Judge assigned to your case

          _____

    5.    Approximate date of filing lawsuit

          _____

    6.    Is the case still pending?

          ☐ Yes

          ☐ No

          If no, give the approximate date of disposition    _____

    7.    What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

          _____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  2-21-19

| | |
|---|---|
| Signature of Plaintiff | *Simeon J. Briggs* |
| Printed Name of Plaintiff | Simeon J. Briggs |
| Prison Identification # | 99660-555 |
| Prison Address | U.S.P. Special Mail-Open only in the presence of inmate |
| | P.O. Box 1000 |
| | Lewisburg                    PA        17837 |
| | *City*        *State*     *Zip Code* |

### B.   For Attorneys

Date of signing:  _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | *City*        *State*     *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |

## — Factual Background —

Plaintiff is a state boader prisoner out of Rhode Island D.O.C who was perscribed Depakote for a mental health disorder by a psychiatrist in 2011, and since then the plaintiffs behavior has been exsulent according to State officuals.

In 2012 the plaintiff got transfered to Federal Custody and was no longer taking his medication. The BOP not having no file to go by due to the State not providing it refused to put him on any medication. From 2012 to 2017, plaintiff has had difficulties ajusting to his new confindments due to his mental health condition; and not being on his medication. In 2018, plaintiff got eccepted to a Special Manigment Unit. He Submitted multible request to Staff slips to the psychology department from March 2018 — to May 2018 asking who does he talk to to request to speak to the psychiatrist regarding his medication. The chief psychologist Dr Jenifer Enigk told plaintiff "While in SMU we dont give/will not give any medication unless you have a history of taking it". The plaintiff told Dr Enigk "You should have my records, and if you'll look in it you'll see that I really need it"; and I function better on it".

In the month of May, plaintiff Submitted well over (10) request to Staff Slips to the chief Psychologist to speak to her regarding his issue. To no relief She failed to respond to any of his request slips. Plaintiff then requested to speak to another psychologist in which Dr A Brockman came to see him, and told plaintiff "We dont have any records on you to prove you are on medication" Plaintiff ask Dr Brockman "What do I gotta do to get my records sent here", Dr Brockman Said "write me your diagnoses, and what medication you were taking, and I'll look into it". The plaintiff did as he was ask to do, but that information never made it to Dr Brockman due to the chief psychologist Dr Enigk taking it with another letter, and writing plaintiff a insident report for a 206 (sexual proposal) and 298 (Interfering with a Staff member). Dr Enigk

then came [illegible] head", "Im over psychology, and this is my block" so if you need something, you see me". "So since you tryed to go over me now you get nothing. On 6-30-18 Plaintiff reported Dr. Enigk's actions to the AW (Cobert) because the plaintiff was recieving dirty looks by officers, and plaintiff overheard the officer's repeat private information that only Dr. Enigk knew. The AW Cobert told the plaintiff "Let me look into it and if your telling the truth, I'll remove her and replace her with sombody else". Plaintiff said "She lied on me" "She put my saftey at risk by telling the C.O.'s lie's", "and She wrote me up cuz I chose to talk to sombody else". AW Cobert told plaintiff "If she did lie on you, and wrote you a shot, apeal it, and if it is a lie, you should beat it", "and if you do beat it, I'll know she lied, and I'll move her".

On 8-9-18 the plaintiff wrote his apeal to the Regional Office. On 9-14-18 plaintiff's response came back stating that the actions and sanctions are expunged from his record. When plaintiff inform the AW Cobert, he replaced Dr. Enigk with Dr. Brockman, and Dr. Eigenbrode.

On 8-16-18 while on suicide watch Dr. Brockman, and Dr. Eigenbrode came to speak to the plaintiff, the plaintiff told both psychologist "Im not geting no treatment here", "I keep asking about my medication and yous aint tryna help". Dr. Eigenbrode told plaintiff "If we don't have your records, we cant do nothing". Plus Dr. Enigk has the last say so, and She's upset with you". Plaintiff stated "What does that have anything to do with anyone of yous geting my records", "I'll sign any paper work I have to so I can get them here". Dr. Eigenbrode told plaintiff "We cant get your records, your unit team has to get them".

On 8-27-18 and 9-5-18 plaintiff filed a grievence on Dr. Eigenbrode and Dr. Brockman after many attempts to try to get them to request his records, and give him proper treatment. On 11-20-18 Dr. Brockman and Dr. Eigenbrode made rounds on G block third floor, Dr. Brockman stopped at plaintiff's door and told him "You writing us up aint gonna make us get your records", "it's actually gonna make us do

Case 5:20-dc-00329-JLM-DCK Document 1 Filed 09/25/19 Page 14 of 17

these cops do. "So you want Documents. Stop and thank about what your doing". Dr. Brockman said "You need us more than we need you", then she walk away from plaintiffs cell.

On 10-24-18 plaintiff signed a release form by the medical doctor Craig after speaking to him the day befor regarding his state mental health records. On that same day around 1:00 Dr. Brockman went to see plaintiff and ask him "what records are you tryna get". Plaintiff told Dr. Brockman "the same records I been tryna get since I been here". Plaintiff then said "but its okay, cuz I just sign a release form with the doctor". "So I'll be good".

On 12-3-18 Dr. Brockman brought plaintiff his records and told him "We uploaded them into Sentry so we now have your records". Plaintiff ask Dr. Brockman "You see the medication Im on". Dr. Brockman told the plaintiff "Yes", "and I also seen that your bi poler". "Myself and Dr. Emigh were talking about it along with Eigenbrode, and we desided not to give you any medication". Plaintiff ask "what you mean" "I need it". Dr. Brockman said "the SMU don't give out medication" "but your welcome to some puzzels".

After constintly filing grievances on the psychology department, and talking to the A.W. Cobert about plaintiff's issues, regarding not recieving treatment; A.W. Cobert stated to plaintiff "Ima make Dr. Emigh give you treatment", "just work with me", "Cuz I can see that you are having issues, and I want to get you the help you need".

On January the 8th 2019 Dr. Emigh came to my cell on G-block and said "Briggs", "for some reason we keep bumping heads with each other". "You keep tryna get medication and Im tryna do something new" "but you wont work with me". She then said "here's what I came up with", "I want to give you a test" "now this test cant be manipulated", "nor can it be tampered with" "So whatever the answers are we gonna go off that". On 1-15-19 plaintiff was brought to the psychology department to see Dr. Emigh. Plaintiff got lock in a cage in a private room, where Dr. Emigh came in to test him. Plaintiff ask Dr. Emigh "where is the psychiatrist". Dr. Emigh said "Im altherised to do the same thing as one" "So you'll be okay".

Plaintiff answered the questions from the test and was brought back to his cell. On 1-22-19 plaintiff was taken out his cell to see Dr.Emgk and Dr.Edinger (clinical Director) for his test results. Dr.Edinger began by saying" the test results said you were being manipulitive"."It also said you have other illnesses but myself and Dr.Emgk don't believe you got". Plaintiff told Dr.Edinger" What your telling me is I tryed to fake something" but Emgk said" there's no way anybody can"," So she lied again".

Plaintiff ask Dr.Edinger" So your telling me I just got a behavior problem" "versus a behavior problem that stems from a disorder", Dr.Edinger said" Im not saying that" "but I will say you don't have bipoler". Plaintiff said" I don't believe you, I want to see the psychiatrist", Dr.Emgk said" you can stop asking to see a psychiatrist cuz thats not gonna happend". At that time that meeting was over, Dr.Edinger walk out of the shower room, while Dr.Emgk stayed behind. she then stated to plaintiff "Im not giving you medication when your faken, just to waist goverment money", then she walk out as well. Plaintiff went on hunger strike on 2-7-19 on D-block of the SMU. Plaintiff got tookin to medical to be assesed after three day of not eating, Psychologist Dr.R.Eigenbrode came in the room and told plaintiff "We have the results to your test"."Tomorrow when we make our rounds Dr.Brockman will give them to you". On 2-12-19 psychology staff made rounds on D-block the first floor. Dr.Eigenbrode walk by my door, Plaintiff stopped Dr.Eigenbrode and ask her" Where are my results", Dr.Eigenbrode told plaintiff "Dr.Brockman got them, but you aint geting them", and she proceeded to walk off the range. On 2-13-19 plaintiff had to go back to medical to be assesed for his hunger striking and medical staff L.Potter (paramedic) ask plaintiff "Did you get your results", plaintiff said" NO" "She told me Im not geting them". L.Potter stated" I was in the room when she said you'll get them"."I'll go up to her office to find out why, cuz thats not right she'd lied to you". On 2-14-19 L.Potter made pill line round and stopped at plaintiff's

Case No. 19-cv-00313-MEH Document 1 Filed 02/05/19 Page 16 of 17

She'll give you your Results," but you got to wait because they key'ed in Sombody elses results into your file". Potter then Said "I dont know how they did it but thats what she told me", "but they said they got it fixed". Plantiff then ask "how do I know that whatever results they have are MINE". Potter Said "thats a good question but I cant answer that, cuz I dont know". Dr. Eigenbrode told the medical staff "we dont care about his hunger stiking" "he's not seeing the psychiatrist", "he's not get his medication" and thats it. "What he's doing is hurting him more than us so go for it". At that time the medical staff (name unknown) told plaintiff "I understand your fustrations", "and I look into your story, and from everything you said it check out". Plaintiff ask the doctor "So I'm not lieing", the doctor Said "No" "Your not" "and if you were I would tell you you are and go back to my office", "but I'm not, I'm right here with you, tryna get you to see that psychology dont give a shit about anything you do". "My Job is to make sure your okay from medical side" "When it come's to psychology, thats a different department". "Do I think they lazy and dont do they're job" "Absolutley" "but I'm not there boss So I cant do nothing about it". Medical staff then Said "I went to talk to them myself and I can promiss you I'll get you your results if you come off this hunger Skrike", "as for your medication I cant do nothing about that", "but your results I can get that for you" "just come off this Strike".

On 2-15-19 plaintiff came off his hunger Strike, and on 2-18-19 he returned back to his block. On 2-20-19, plaintiff signed a release form giving by SMU psychologist/coordinator Dr. A. Brockman acoupanied by her co-worker Dr. R. Eigenbrode psychology Staff for plaintiff's test results.



Inmate Name: Simeon Byers
Register Number: 90110-5503
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

8 2 FEB 2019

RECEIVED
SCRANTON

FEB 25 2019

PER_____ DEPUTY CLERK

To: Court Clerk
Middle District of PA
235 North Washington
Scranton, PA 18501

(Legal Mail)