UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SIMEON JOEL BRIGGS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-0319 |
| v. | : | (JUDGE MANNION) |
| **A. BROCKMAN, et al.,** | : | |
| Defendants | : | |

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss and for summary judgment (Doc. 28) is **GRANTED**. Judgment is hereby entered in favor of the remaining Defendants and against the Plaintiff.

2. Plaintiff's motion to deny or move for trial, (Doc. 53) is **DENIED**.

3. Plaintiff's motion for restraining order (Doc. 55) is **DISMISSED** as moot.

4. Plaintiff's motion for summary judgment (Doc. 65) is **DENIED**.

5. The Clerk of Court is directed to **CLOSE** this case.

6. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

　　　　　　　　　　　　　　　　s/ Malachy E. Mannion
　　　　　　　　　　　　　　　　**MALACHY E. MANNION**
　　　　　　　　　　　　　　　　**United States District Judge**

**Dated: March 31, 2021**
19-0319-01-ORDER